IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUTH ANN LAUTERBACH, )
)
    Petitioner, )
)
vs. ) Civil No. 19-cv-964-DGW[1]
)
COMMISSIONER OF SOCIAL SECURITY, )
)
    Respondent. )
)

## MEMORANDUM AND ORDER

**WILKERSON, Magistrate Judge:**

Plaintiff has filed a Motion for Voluntary Dismissal of Complaint (Doc. 12).

She indicates that defendant has no objection. The Motion is **GRANTED**.

This cause of action is ordered dismissed without prejudice.

The Clerk of Court shall enter judgment and close the case.

**IT IS SO ORDERED.**

**DATE: December 4, 2019.**

**DONALD G. WILKERSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 7.